JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar Number 358709
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Taylor_Fatherree@fd.org

Counsel for Jose Luis FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25-171 TLT (TSH) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CLARIFY RELEASE CONDITIONS** |
| JOSE LUIS FLORES | |
| Defendant. | |

On May 4, 2026, Jose Luis Flores was ordered released on an unsecured bond subject to several conditions including residing at the Residential Reentry Center and not leaving the Northern District without prior approval from Pretrial Services. Mr. Flores was not ordered to home confinement, nor did he have a curfew or any other restrictions for leaving the Center beyond facility rules. It has now come to defense counsel's attention that Pretrial Services has treated this bond as if Mr. Flores were on home confinement, because the bond does not enumerate reasons he can leave the Center. The parties therefore stipulate and request that the

STIPULATION AND ORDER
*FLORES*, CR 25-138 EMC (LJC)

bond be clarified to empower Pretrial Services to approve Mr. Flores to leave the Center for any reason, subject to facility rules and the other conditions of his bond.

IT IS SO STIPULATED.

June 15, 2026                    CRAIG H. MISSAKIAN
Dated                           United States Attorney
                                Northern District of California

                                _____/S_____
                                GALEN PHILLIPS
                                Assistant United States Attorney


June 15, 2026                    JODI LINKER
Dated                           Federal Public Defender
                                Northern District of California

                                _____/S_____
                                TAYLOR FATHERREE
                                Assistant Federal Public Defender

STIPULATION AND ORDER
*FLORES*, CR 25-171 TLT (TSH)

2

**ORDER**

IT IS HEREBY ORDERED that Jose Luis Flores's conditions of release shall be clarified as follows:

Mr. Flores is not subject to home confinement. He may leave the Residential Reentry Center for any reason not in conflict with facility rules or other terms of his bond. Pretrial Services is authorized to approve him leaving the facility for any such reason.

All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: June 16, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge

STIPULATION AND ORDER
*FLORES*, CR 25-171 TLT (TSH)

3